In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of Trautwine Street from Fisk Avenue to Ramsey Street, in the Borough of Queens. WOLDEMAR HAHN, Respondent.— Final order affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

In the Matter of the Summary Proceedings by LENA SUGAL, Respondent, v. SAMUEL E. PELTZ, Appellant.— This court finds that the sum of $100 is due as rent under the terms of the lease. Final order amended accordingly and as thus amended unanimously affirmed, without costs. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

In the Matter of the Judicial Settlement of the Account of IDA ULLRICH, as Administratrix, etc., of ROBERT M. ULLRICH, Deceased.— Interlocutory decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

W. H. & F. JORDAN, JR., INC., Appellant, v. UNITED COOPERAGE COMPANY, INC., and Another, Respondents.— Judgment reversed upon the law, and a new trial granted, with costs to abide the event, on the ground that the evidence presented a question of fact to be determined by the jury upon the issue of fraud. Kelly, P. J., Kelby and Young, JJ., concur; Manning and Kapper, JJ., dissent.

CATHERINE DUFFY LYNCH and Another, Respondents, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Judgment unanimously affirmed, with costs, upon authority of Chambers v. Supreme Council, C. B. L. (ante, p. 717), decided herewith. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

ANTONINO MANGANO, Respondent, v. FREDERICK LOESER & Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

GIOVANNI MOLONIA, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HARRAL MULLIKEN, Respondent, v. BURR R. BROWN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

VINCENT PALKAUSKAS, Respondent, v. CHARLES I. MANDEL and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THORVALD PETERS, Appellant, v. INGRID PETERSEN, Respondent.— Although there are findings of fact made, we are of opinion that the complaint was dismissed for failure of proof. The findings are modified accordingly, and the judgment amended so as to dismiss the complaint without prejudice, instead of on the merits. As so modified the judgment is unanimously affirmed, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE FRANZESE Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.